Percy A. ROBBINS and Keith Roberts, Appellants, v. CORDOVADA GOLD DREDGING CO., Appellee.
No. 7677.

Circuit Court of Appeals, Ninth Circuit.
March 7, 1935.

Lyons & Orton and Ira D. Orton, all of Seattle, Wash., for appellants.

William A. Gilmore, of Seattle, Wash., for appellee.

Before WILBUR and GARRECHT, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for the respective parties, ordered appeal dismissed, without costs to either party; mandate forthwith.

John ROSENBAUM, Trustee Clara B. Howell, Bankrupt, v. Jessie C. SHOEMAKER et al.
No. 5590.

Circuit Court of Appeals, Third Circuit.
Feb. 14, 1935.

Max L. Rosenstein, of Newark, N. J., for appellant.

Elmer King and Carl V. Vogt, both of Morristown, N. J., for appellees.

Before BUFFINGTON, WOOLLEY, and THOMPSON, Circuit Judges.

PER CURIAM.

This case depends wholly on its individual facts. No precedent or new principle is involved. A study of the proofs shows the court below committed no error in directing the return, by the trustee in bankruptcy to their owners of the collateral securities in his hands. We accordingly limit ourselves to affirming the court's order, the costs in this court and the court below to be paid by the bankrupt estate.

B. E. SACKETT, Appellant, v. SPECIAL SITE SIGN COMPANY, Appellee.
No. 7802.

Circuit Court of Appeals, Ninth Circuit.
March 18, 1935.

Peirson M. Hall, U. S. Atty., Leo V. Silverstein, Asst. U. S. Atty., both of Los Angeles, Cal., for appellant.

Charles W. Cradick, of Los Angeles, Cal., for appellee.

Before WILBUR and DENMAN, Circuit Judges.

PER CURIAM.

Upon stipulation of counsel for respective parties, ordered appeal dismissed; mandate forthwith.

In the Matter of Louis SENGER, Bankrupt.
No. 311.

Circuit Court of Appeals, Second Circuit.
March 11, 1935.

Robert W. McNulty, of Buffalo, N. Y., for appellant.

Carlton A. Fisher, of Buffalo, N. Y. (Leo J. Kennedy, of Buffalo, N. Y., of counsel), for appellee.

Before L. HAND, SWAN, and AUGUSTUS N. HAND, Circuit Judges.

PER CURIAM.
Order affirmed.